IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01342-ZLW

JOHN MOORE,

        Plaintiff,

v.

DELTA COUNTY HOSPITAL,
STEVE PADUA,
SAM JAHANI, M.D.,
TOM MINGEN, Administrator,
THE BOARD OF DIRECTORS,
BILL HELLMAN,
JOHN MUSSER,
JOHN BREITNAUER,
THEIMA STARNER,
DORY FUNK,
COPIC INSURANCE COMPANY, and
DELTA COUNTY POLICE DEPARTMENT,

        Defendants.

ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Appeal on July 28, 2010 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      <u> X </u>    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      <u> X </u>    is not submitted
      <u>   </u>    is not on proper form (must use the court's current form)

  __ is missing original signature by plaintiff/petitioner on motion
  __ is missing affidavit
  __ affidavit is incomplete
  __ is missing original signature by plaintiff/petitioner on affidavit
  __ affidavit is not notarized or is not properly notarized
  __ other_____

Accordingly, it is

  ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

  FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

  FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

  DATED at Denver, Colorado, this  29th  day of  July , 2010.

        BY THE COURT:

        *Christine M Arguello*
        CHRISTINE M. ARGUELLO
        United States District Judge for
        ZITA LEESON WEINSHIENK
        Senior Judge, United States District Court